## QUIJANO & ENNIS, P.C.
ATTORNEYS AT LAW
381 PARK AVENUE SOUTH
SUITE 701
NEW YORK, NEW YORK 10016

TELEPHONE: (212) 686-0666
FAX: (212) 686-8690

Members of the Firm

Nancy Lee Ennis, Esq.
Peter Enrique Quijano, Esq.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/20/09

January 15, 2009

By Fax (212) 805 - 7948

Honorable Richard J. Holwell
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York  10007

JAN 15 2009

Re: <u>U.S. v. Francis et al., incl. Lennie Nurse</u>, 07 Cr. 672 (RJH)
Request for Adjournment of Sentencing Hearing

Dear Judge Holwell:

On behalf of my client, the defendant Lennie Nurse in the above-referenced matter, I respectfully write to request that the Court adjourn his sentencing hearing to Friday, March 6, 2009 at 12:00 noon. Presently, his sentencing is scheduled for January 23, 2009. This request is made because an illness prevented me from completing and submitting a Sentencing Memorandum on his behalf in a timely manner. I have conferred with Assistant United States Attorney Antonia Apps, who has advised me that the Government has no objection to this request.

Thank you very much for your consideration of this request.

SO ORDERED

[signature]
USDJ
1/20/05

Respectfully submitted,

[signature]
Nancy Lee Ennis

cc: Assistant U. S. Attorney Antonia Apps, by e-mail antonia.apps@usdoj.gov
U. S. Probation Officer Selwyn F. Foderingham, Jr., by fax: (212) 805 - 0047